**Principe LAGUERRE, Plaintiff—Appellant,**

v.

**Melisa White GAY, Esquire, Defendant—Appellee.**

No. 09–8224.

United States Court of Appeals, Fourth Circuit.

Submitted: March 16, 2010.

Decided: March 24, 2010.

Principe Laguerre, Appellant Pro Se.

Before NIEMEYER, MOTZ, and DAVIS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Principe Laguerre appeals the district court's order accepting the recommendation of the magistrate judge and denying relief without prejudice on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Laguerre v. Gay,* No. 3:09–cv–01864–PMD, 2009 WL 4042690 (D.S.C. filed Nov. 19, 2009; entered Nov. 20, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*